UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL CARRIZALES-PEREZ, | ) |
| | ) |
| v. | ) C.A. B-02-136 |
| | ) |
| AARON CABRERA, et al, | ) |
| | ) |

EXHIBIT "C" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, though counsel, hereby submits Exhibit "C" in support of his pending petition for habeas corpus, demonstrating that, on July 5, 2002, he surrendered his "green card," (Form I-551), to Respondents, and was issued an Order of Supervision, placing various restrictions on his liberty.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax), and

CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, certify that a copy of the foregoing, with attachments, was personally delivered to the office of Nancy Masso, AUSA, Brownsville, Texas, and that a copy was also mailed to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on this 8th day of July, 2002.

| UNITED STATES DEPARTMENT OF JUSTICE<br>Immigration and Naturalization Service | | RECORD OF SECURITY FORMS | | | | | | NUMBER<br>A 38-781-160 |
|---|---|---|---|---|---|---|---|---|
| FORM No.<br>I-551 | | NAME AND TITLE OF EMPLOYEE<br>Rolando J. Jimenez, D.O. | | | | | LOCATION<br>Harlingen, Texas | |
| SERIAL NUMBER | | EXECUTED FOR (NAME AND "A" NUMBER, IF ANY) | | | | | | DATE 7/05/02 |

A#: 38-781-160
Name: Daniel Carrizales Perez
DOB: 01-03-1966
POB: Mexico
Card Expires On:

I-551 TURNED OVER TO RECORDS SECTION/HARLINGEN DIST. OFFICE
RECEIVED BY: _____  DATE: 07/05/02

FORM G-625
Rev. 9-16-76N

SIGNATURE OF EMPLOYEE　　VERIFIED:　　SIGNATURE OF SUPERVISOR

**U.S. Department of Justice**
Immigration and Naturalization Service

# Order of Supervision

File No. A38-781-160

Date: July 5, 2002

Name: **Daniel CARRIZALES Perez**

On: June 8, 2001 , you were ordered:

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about you nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside HARLINGEN DISTRICT (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the 1st day of each Month to this Service office at: Harlingen District Office   2102 Teege Ave.   Harlingen, Texas 78550 unless you are granted written permission to report on another date.

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other: _____

☐ See attached sheet containing other specified conditions   (Continue on separate sheet if required)

(Signature of INS official)
Aaron L. Cabrera, Acting Director
Detention & Removal
(Print name and title of INS official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the Spanish language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS Official Serving Order)   (Signature of Alien)   July 5, 2002 (Date)

Form I-220B (Rev. 4/1/97)N

| Immigration and Naturalization Service | Continuation Page for Form: I-220B |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| *Daniel Carrizales* (Alien's Signature) | 78 781160 | 7/5/02 |

Alien's Address

RR 5 Box 31, Diamond Street
Donna, Texas 78537

Alien's Telephone Number (if any)

RIGHT INDEX PRINT

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 07/05/02 | | Permission granted to travel to State of Indiana |
| | | Approved by [signature] D.O. |
| | | Deportation Officer |
| | | Deportation |
| | | Harlingen, Texas |

| Signature | Title |
|---|---|
| | |

Form I-831 Continuation Page (Rev. 6/12/92)                              Page 1 of 2 Page(s)