```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| v. | ) | C.A. B-02-114 |
| E.M. TROMINSKI, et al. | ) | |
| DANIEL CARRIZALOS-PEREZ, | ) | |
| v. | ) | C.A. B-02-136 |
| AARON CABRERA, et al. | ) | |
| MANUEL SANDOVAL-HERRERA, | ) | |
| v. | ) | C.A. B-02-138 |
| AARON CABRERA, et al. | ) | |
| RAUL HERNANDEZ-PANTOJA, | ) | |
| v. | ) | C.A. B-02-197 |
| JOHN ASHCROFT, et al. | ) | |
| JOSE MARTIN OVIEDO-SIFUENTES | ) | |
| v. | ) | C.A. B-02-198 |
| CHARLES ARENDALE, et al. | ) | |
| CESAR LUCIO, | ) | |
| v. | ) | C.A. B-02-225 |
| CHARLES ARENDALE, et al. | ) | |
| PRAXEDIS RODRIGUEZ-CASTRO | ) | |
| v. | ) | C.A. B-02-228 |
| AARON CABRERA, et al. | ) | |

**PETITIONERS' OPPOSED MOTION TO RETURN CASE TO FIFTH CIRCUIT**

Petitioners in the above-captioned consolidated cases, hereby file the instant, presumptively opposed, motion to return the above-captioned cases to the Fifth Circuit for further proceedings. In support thereof, Petitioners would show as follows:

The above seven cases, plus those of *Salazar-Regino v. Trominski,* CA B-02-045, and *Rangel-Rivera v. Cabrera*, CA B-03-002, were consolidated by this Court, and a notice of appeal filed with the Fifth Circuit. On appeal, the above seven cases were, on joint motion of the parties, severed. *See,* Docket Sheet, Fifth Circuit, No. 03-41492, entries dated April 2, 2004, and April 13, 2004. [1]

After the Fifth Circuit denied the *en banc* petition in *Salazar-Regino* and *Rangel-Rivera,* [2] counsel called the Office of the Clerk, to inquire about the status of the above seven Petitioners, and was advised that the cases of all nine had been returned to this Court. The Clerk further advised counsel that the "paper trail" of the motion to consolidate, and the Order granting that motion, had been lost in the flood, and had not been scanned, so that she was unable to verify the exact content of that Order.

The above seven Petitioners then filed a motion, which is still pending, requesting that briefing proceed in the seven cases. [3] However, without access to the file, it will be difficult for the Court to properly adjudicate said motion. [4]

---

   [1]   A copy thereof is attached as Exhibit A.
   [2]   A copy of that Petition, as filed with the Fifth Circuit, is attached hereto as Exhibit B. Note specifically the Certificate of Interested Parties, showing the two such parties, with the above seven Petitioners. mentioned in a footnote.
   [3]   A copy thereof is attached as Exhibit C.
   [4]   It should also be noted that Petitioners originally filed their briefs with only the names of Ms. Salazar-Regino and Ms. Rangel-Rivera, but on instructions of the Clerk, after discussion of the fact that seven had been severed, filed new briefs, with the

On October 19, 2005, the undersigned called Lisa Putnam, SAUSA, with respect to the instant motion. She stated that she could not take a position since the case had been handled by the Office of Immigration Litigation on appeal. Counsel then called the attorney who had handled the case on appeal, Paul Fiorino. However, his voice mail stated that he would be out of the office all week. The motion must therefore be presumed to be opposed.

Respectfully Submitted,

s/

Lisa S. Brodyaga,      and Jodi Goodwin
17891 Landrum Park Rd    1322 E. Tyler
San Benito, TX 78586     Harlingen, TX 78550
(956) 421-3226           (956) 428-7212
(956) 421-3423 (fax)     (956) 428-7360 (fax)
Fed. ID.  1178
Texas Bar 03052800       Attorneys for Petitioners

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing, with Exhibits, were served electronically on Lisa Putnam, SAUSA, and by first class mail, to Box 878, Ben Franklin Sta., Wash. D.C., 20044, on Paul Fiorino, on October 19, 2005.

S/
_____
Lisa S. Brodyaga

---

names of all nine Petitioners. Note Docket Sheet entries of April 27, 2004 ("Appellant's Brief filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera. ... TITLE INCORRECT"), and June 7, 2004 ("Brief made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera").