United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | |

| | | |
|---|---|---|
| DANIEL CARRIZALOS-PEREZ, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR,<br>ET AL. | § § § § | |

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR,<br>ET AL. | § § § § | |

| | | |
|---|---|---|
| RAUL HERNANDEZ-PANTOJA, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-197 |
| JOHN ASHCROFT, ATTORNEY GENERAL<br>OF THE UNITED STATES, ET AL. | § § § § | |

| | | |
|---|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-198 |
| | § | |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. | § § § | |

| | | |
|---|---|---|
| CESAR LUCIO, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-225 |
| | § | |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. | § § § | |

| | | |
|---|---|---|
| PRAXEDIS RODRIGUEZ-CASTRO, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-228 |
| | § | |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. | § § § | |

## ORDER

BE IT REMEMBERED, that on November 2, 2005, the Court **ORDERED** the Government to respond to Petitioners' Amended Opposed Motion to Return Case to Fifth Circuit [Dkt. No. 42] no later than 4 P.M. on November 10, 2005.

DONE at Brownsville, Texas, this 2nd day of November, 2005.

_____
Hilda G. Tagle
United States District Judge