# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

FEB 0 8 2006

Michael N. Milby
Clerk of Court

**December 08, 2005**

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re:    **Daniel Carrizales-Perez**

VS.

**Aaron Cabrera, INS Acting**
**Director, Et Al.**

**CA B-02-136**   *06-60005*

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[**X**] Certified copy of the Order transferring the case and docket entries.

[**X**] Record consisting of__1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[**X**] U.S. District Judge entering the order transferring this case is:_____
____**Hilda G. Tagle**_____

[ ] Court reporter assigned to this case is_____

[**X**] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
        Maricela Perez, Deputy Clerk

cc:    File